E. JOSEPH CONNAUGHTON (SBN 166765)
jconnaughton@paulplevin.com
JEFFREY P. AMES (SBN 234871)
MATTHEW S. WROBLEWSKI (SBN 251091)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
401 B Street, Tenth Floor
San Diego, California  92101-4232
Telephone:   619-237-5200
Facsimile:    619-615-0700

DAVID G. HANSON
(PRO HAC VICE APPLICATION PENDING)
JESSICA HUTSON POLAKOWSKI
(PRO HAC VICE APPLICATION PENDING)
**REINHART BOERNER VAN DEUREN S.C.**
1000 North Water Street, Suite 1700
Milwaukee, Wisconsin  53202
Telephone: 414-298-8376
Facsimile:  414-298-8097

Attorneys for Plaintiff ILLUMINA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS LLC, and ION TORRENT SYSTEMS, INC., <br><br> Defendants. | Case No.: **'11CV3022 LAB NLS** <br><br> **Patent** <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Illumina, Inc. ("Illumina") alleges as follows:

## I.

## NATURE OF THE ACTION

1.     This is an action arising under the patent laws of the United States (35 U.S.C. § 271 et seq.) based upon infringement by Defendants Life Technologies Corporation, Applied BioSystems LLC, and Ion Torrent Systems, Inc. (collectively "Life Tech") of a patent owned by

Illumina.

2. Illumina seeks damages for Defendants' willful infringement, including treble damages and attorneys' fees, and a permanent injunction restraining Defendants from further infringement.

## II.

## THE PARTIES

3. Plaintiff Illumina is a Delaware corporation with a principal place of business at 5200 Illumina Way, San Diego, CA 92122.

4. Illumina is one of the leading companies in genetic analysis.

5. Illumina's revolutionary products have enabled rapid advances in disease research, drug development, and the development of molecular tests for clinical use.

6. Illumina has made heavy investments in the research and development of new technologies in this field.

7. Upon information and belief, Life Technologies Corporation is a Delaware corporation with a principal place of business at 5791 Van Allen Way, Carlsbad, California 92008.

8. Upon information and belief, Applied BioSystems LLC is a wholly-owned subsidiary of Life Technologies Corporation with a principal place of business at 5791 Van Allen Way, Carlsbad, California 92008.

9. Upon information and belief, Ion Torrent Systems Inc. is a Delaware corporation with a principal place of business at 246 Goose Lane, Suite 100, Guilford, Connecticut 06437.

10. Upon information and belief, Life Technologies Corporation acquired Ion Torrent Systems, Inc. in 2010.

## III.

## JURISDICTION AND VENUE

11. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

///

12. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

13. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) because, upon information and belief, Defendants Life Technologies Corporation, Ion Torrent System, Inc. and Applied BioSystems LLC have, among other things, committed infringing acts in this district. Moreover, Illumina, Inc., Life Technologies Corporation and Applied Biostems LLC have their principal places of business in this district, and do business in this district generally.

## IV.

## BACKGROUND

14. United States Patent No. 7,060,431 ("the '431 Patent"), entitled "METHOD OF MAKING AND DECODING OF ARRAY SENSORS WITH MICROSPHERES" was filed on June 24, 1999 and was issued by the United States Patent and Trademark Office on June 13, 2006. A copy of the '431 Patent is attached hereto as Exhibit A.

15. The '431 Patent is a reflection of Illumina's heavy investment in research and development of technologies for genetic analysis.

16. The '431 Patent claims priority to U.S. Patent Application No. 09/189,543 filed November 10, 1998 and U.S. Patent Application No. 60/090,473 filed on June 24, 1998.

17. The '431 Patent issued in the names of Mark S. Chee, John R. Stuelpnagel, and Anthony W. Czarnik.

18. Illumina is the assignee of all right, title and interest in and to the '431 Patent.

19. The '431 Patent claims, amongst other things, methods for making dense arrays using beads that do not have an optical signature.

20. Claim 1 of the '431 Patent is directed to "[a] method of making a bead array comprising: a) contacting a substrate with a surface comprising discrete sites at a density of at least 100 sites per 1 mm$^2$ with a solution comprising a population of different beads, wherein said beads do not comprise an optical signature; and b) applying energy to said substrate or said solution, or both, such that at least a subpopulation of said different beads randomly associate onto sites."

21. In 2010, Life Technologies acquired the technology of a company named Ion Torrent, and launched Life Technologies' Ion Personal Genome Machine (PGM™) platform" and Ion OneTouch System platform based on it.

22. Life Technologies describes the Ion Torrent technology as "post-light" sequencing that is based on semiconductor sequencing.

23. The Ion Torrent technology uses dense arrays of beads without optical signatures.

## V.

## FIRST CLAIM FOR RELIEF

## (INFRINGEMENT OF THE '431 PATENT)

24. Plaintiff incorporates paragraphs 1-23 of this Complaint here.

25. Defendants have been and are making, using, selling, and offering to sell within the United States instruments, reagents, kits and services for sequencing using dense arrays of beads without optical signatures, thereby infringing, both directly and indirectly, at least one claim of the '431 Patent.

26. Defendants' infringing activities include, without limitation, the making, using, selling and offering to sell instruments, reagents and kits to perform semiconductor sequencing, including without limitation the Ion Personal Genome Machine (PGM™) platform and Ion OneTouch™ System platform.

27. Upon information and belief, Life Tech provides a users' manual or other instructions to users of the Ion Personal Genome Machine (PGM™) platform and Ion OneTouch™ System platform.

28. Upon information and belief, the instructions referenced in ¶ 27 include instructions to contact a substrate with a surface comprising discrete sites at a density of at least 100 sites per 1 $mm^2$ with a solution comprising a population of different beads.

29. Upon information and belief, the beads referenced in ¶ 25 do not comprise an optical signature.

/ / /

/ / /

30. Upon information and belief, instructions referenced in ¶¶ 27-28 include instructions to apply energy to said substrate or said solution, or both, such that at least a subpopulation of said different beads randomly associate onto sites.

31. Defendants have been and are making, using, selling and offering to sell the Ion Personal Genome Machine (PGM™) platform and Ion OneTouch™ System platform, and providing users' manuals and instructions for operating the platforms. Defendants' actions constitute active inducement of the '431 patent in violation of 35 U.S.C. § 271(b), both literally and under the doctrine of equivalents.

32. Defendants have been and are making, using, selling and offering to sell products for use with the Ion Personal Genome Machine (PGM™) platform and Ion OneTouch™ System platform for use in practicing the claims of the '431 patent. Defendants do so knowing that the Ion Personal Genome Machine (PGM™) platform and Ion OneTouch™ System platform, and the products for use with those platforms, are especially made and adapted for use in infringing the claims of the '431 patent, and that the platforms and related products are not staple articles or capable of a substantial non-infringing use. Accordingly, Defendants are liable to Illumina as contributory infringers under 35 U.S.C. § 271(c), both literally and under the doctrine of equivalents.

33. Upon information and belief, practice of the methods claimed in the '431 Patent are important for the commercial acceptance of Life Tech's Ion Personal Genome Machine (PGM™) platform and Ion OneTouch System platform.

34. Defendants' infringing acts are willful in that they have knowledge of Illumina's rights under the '431 Patent, but have continued to infringe, and actively induce and contribute to infringement by others.

35. Defendants' infringing acts have damaged and are continuing to cause damage to Illumina and have caused and are continuing to cause irreparable harm to Illumina unless permanently enjoined by this Court.

/ / /

/ / /

## VI.

## PRAYER FOR RELIEF

Illumina demands judgment against Defendants as follows:

A. A declaration that Defendants have infringed the '431 Patent, both directly and indirectly, under 35 U.S.C. §§ 271(a), (b), and (c), both literally and under the doctrine of equivalents;

B. A permanent injunction enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, from infringing in any manner the Patent-in-Suit;

C. A declaration that Defendants' infringement of the '431 patent is willful;

D. An accounting for damages by virtue of Defendants' infringement of the '431 Patent;

E. An assessment of pre-judgment and post-judgment interest and costs against Defendants, together with an award of such interest and costs, in accordance with 35 U.S.C. § 284;

F. A declaration that this is an exceptional case under 35 U.S.C. § 285 and an award of treble damages and reasonable actual attorneys' fees; and

G. Such other and further relief as this Court may deem just and proper.

## VII.

## JURY DEMAND

Illumina demands a trial by jury on all issues properly tried to a jury.

Dated: December 27, 2011

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ E. Joseph Connaughton*
E. JOSEPH CONNAUGHTON
JEFFREY P. AMES
MATTHEW S. WROBLEWSKI
Attorneys for Plaintiff
ILLUMINA, INC.

Of Counsel:

David G. Hanson
(*Pro Hac Vice* application pending)
Jessica Hutson Polakowski
(*Pro Hac Vice* application pending)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Illumina, Inc.

### DEFENDANTS
Life Technologies Corporation, Applied Biosystems LLC, and Ion Torrent Systems, Inc.

(b) County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
E. Joseph Connaughton
Paul, Plevin, Sullivan & Connaughton
401 B Street, Tenth Floor
San Diego, CA 92101
(619) 237-5200

Attorneys (If Known)

**'11CV3022 LAB NLS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | PERSONAL INJURY | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 362 Personal Injury - Med. Malpractice | PROPERTY RIGHTS | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [X] 830 Patent | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 630 Liquor Laws | [ ] 840 Trademark | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 640 R.R. & Truck | | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 650 Airline Regs. | SOCIAL SECURITY | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 660 Occupational Safety/Health | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PERSONAL PROPERTY | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 370 Other Fraud | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 371 Truth in Lending | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 380 Other Personal Property Damage | LABOR | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | Habeas Corpus: | [ ] 740 Railway Labor Act | |
| | | [ ] 530 General | [ ] 790 Other Labor Litigation | |
| | | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | |
| | | [ ] 540 Mandamus & Other | FEDERAL TAX SUITS | |
| | | [ ] 550 Civil Rights | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | [ ] 555 Prison Condition | [ ] 871 IRS - Third Party 26 USC 7609 | |
| | | IMMIGRATION | | |
| | | [ ] 462 Naturalization Application | | |
| | | [ ] 463 Habeas Corpus - Alien Detainee | | |
| | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. section 271, et seq.

Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: December 27, 2011

SIGNATURE OF ATTORNEY OF RECORD: E. Joseph Connaughton

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

CSDJS44